IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) Debra Neff, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | |
| 1) Chubb Ltd., | § | Case No. 22-CV-117-JFH |
| 2) Westchester Surplus Lines Insurance Company, | § § | |
| 3) Illinois Union Insurance Company, and | § § | |
| 4) Infinity Financial, LLC, d/b/a B&J Insurance | § § | Removed from McIntosh County Case No. CJ-2022-16 |
| | § § § | |
| *Defendants*. | § | |

## DISMISSAL WITHOUT PREJUDICE OF CHUBB LTD

COMES NOW the Plaintiff, by and through counsel of record, Daniel Aizenman of the AIZENMAN LAW GROUP, and dismisses all claims against Chubb Ltd only without prejudice to the re-filing thereof.

Respectfully submitted,

*[signature]*

Daniel N. Aizenman, OBA #30971
Aizenman Law Group
5800 East Skelly Drive, Suite 575
Tulsa, Oklahoma 74135
**P:** (918) 426-4878;
**F:** (918) 513-6080
dan@aizenmanlaw.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2022, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Oklahoma, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Daniel Aizenman*
Daniel Aizenman